UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALEXI RIVERA, Individually and on
behalf of a class of persons similarly
situated and YERIKA M. RIVERA,
Individually and on behalf of a class
of persons similarly situated,

    Plaintiffs,

v.                                                         Case No. 3:17-cv-722-J-39JBT

SERVIS ONE, INC., a foreign
corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal (Doc. No. 83; Stipulation) filed on May 17, 2019. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 21st day of May, 2019.

BRIAN J. DAVIS
United States District Judge

- 2 -

cs

Copies to:

Counsel of Record